KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**IN RE COMBINED WORLD TRADE CENTER**    21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
-----------------------------------------------------------------X
**MARIAN RODRIGUEZ,**    DOCKET NO.:
    08 CV 2702

            **Plaintiff,**

  -against-

**100 CHURCH, LLC, 80 LAFAYETTE**
**ASSOCIATES, LLC., AMBIENT GROUP, INC.,**
**B.R. FRIES & ASSOCIATES, INC., BLUE**
**MILLENNIUM REALTY LLC., CENTURY**
**21 INC., CUNNINGHAM DUCT CLEANING CO. INC.,**
**GPS ENVIRONMENTAL CONSULTANTS,**    NOTICE OF
**INC., GRUBB & ELLIS MANAGEMENT SERVICES**    APPEARANCE
**HILLMAN ENVIRONMENTAL GROUP, LLC.,**
**INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,**
**LAW ENGINEERING, P.C., MAYORE ESTATES**
**LLC., MAYORE ESTATES LLC., and 80 LAFAYETTE**
**ASSOCIATION, LLC as TENANTS IN COMMON,**
**MERRILL LYNCH & CO., INC., ROYAL**
**AND SUNALLIANCE INSURANCE GROUP, PLC.,**
**STONER AND COMPANY, INC., TRC ENGINEERS,**
**INC., AND ZAR REALTY MANAGEMENT,**

            **Defendants.**
-----------------------------------------------------------------X
To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 28, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM-7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MARIAN RODRIGUEZ**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MARIAN RODRIGUEZ**
115 Broadway 12th Floor
New York, New York 10006

_____
**KEVIN G. HORBATIUK**