KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER　　　　21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------X
MARIAN RODRIGUEZ,　　　　　　　　　　　　　DOCKET NO.:
　　　　　　　　　　　　　　　　　　　　　　　　　08 CV 2702
　　　　　　　　Plaintiff,

　　-against-

100 CHURCH, LLC, 80 LAFAYETTE
ASSOCIATES, LLC., AMBIENT GROUP, INC.,
B.R. FRIES & ASSOCIATES, INC., BLUE
MILLENNIUM REALTY LLC., CENTURY
21 INC., CUNNINGHAM DUCT CLEANING CO. INC.,　　NOTICE OF
GPS ENVIRONMENTAL CONSULTANTS,　　　　　　　ADOPTION OF
INC., GRUBB & ELLIS MANAGEMENT SERVICES　　ANSWER TO MASTER
HILLMAN ENVIRONMENTAL GROUP, LLC.,　　　　　COMPLAINT
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., MAYORE ESTATES
LLC., MAYORE ESTATES LLC., and 80 LAFAYETTE
ASSOCIATION, LLC as TENANTS IN COMMON,
MERRILL LYNCH & CO., INC., ROYAL
AND SUNALLIANCE INSURANCE GROUP, PLC.,
STONER AND COMPANY, INC., TRC ENGINEERS,
INC., AND ZAR REALTY MANAGEMENT,

　　　　　　　　Defendants.
-----------------------------------------------------------------------X

　　　　PLEASE TAKE NOTICE, that defendant **CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO,

KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       May 5, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:  CHRISTOPHER R. LaPOLA, ESQ.,
     WORBY GRONER EDELMAN & NAPOLI BERN, LLP
     Attorney for Plaintiff
     **MARIAN RODRIGUEZ**
     115 Broadway - 12th Floor
     New York, New York 10006
     (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 5th day of May, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MARIAN RODRIGUEZ**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**