UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER    21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

MIRIAN RODRIGUEZ,    08CV2702(AKH)

                                    Plaintiff(s),    **NOTICE OF APPEARANCE**

        -against-

100 CHURCH LLC, et al.,

                                    Defendants.

    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
    May 14, 2008

                                                      Yours etc.,

                                                      HARRIS BEACH PLLC
                                                      *Attorneys for Defendant*
                                                      **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

                                                      _____/s/_____
                                                      Stanley Goos, Esq. (SG-7062)
                                                      100 Wall Street
                                                      New York, NY  10005
                                                      212 687-0100
                                                      212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 14, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. 100 Church and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp. Notice of Appearance

Dated: May 14, 2008

/s/
Stanley Goos, Esq. (SG 7062)