UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

**21 MC 102 (AKH)**

IN RE:  LOWER MANHATTAN
MANHATTAN DISASTER SITE LITIGATION

_____

MIRIAN RODRIGUEZ,                                           08-CIV-2702 (AKH)

                Plaintiff,

-against-

100 CHURCH, LLC, ET. AL.,

                Defendants.

_____

## NOTICE OF APPEARANCE

Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated:  Albany, New York
       May 15, 2008

WHITEMAN OSTERMAN & HANNA LLP

BY: /s/ John J. Henry
_____
John J. Henry (JH-7137)
William S. Nolan (WN-8091)
Attorneys for Defendant TRC Engineers, Inc.
One Commerce Plaza
Albany, New York  12260
(518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
_____
Carrie L. Lalyer