UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                  21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

MIRIAN RODRIGUEZ,                                         08CV2702(AKH)

                          Plaintiff(s),        **NOTICE OF APPEARANCE**

      -against-

100 CHURCH LLC, et al.,

                          Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
            May 22, 2008

                                              Yours etc.,

                                              HARRIS BEACH PLLC
                                              *Attorneys for Defendant*
                                              **CENTURY 21, INC., BLUE**
                                              **MILLENNIUM REALTY LLC**

                                              _____/s/_____
                                              Stanley Goos, Esq. (SG-7062)
                                              100 Wall Street
                                              New York, NY  10005
                                              212 687-0100
                                              212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 22, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: May 22, 2008

/s/
Stanley Goos, Esq. (SG 7062)