Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| MIRIAN RODRIGUEZ,<br><br>Plaintiff,<br><br>-against-<br><br>100 CHURCH, LLC, ET. AL.,<br><br>Defendants. | INDEX NO.: 08-CV-02702 (AKH)<br><br>**NOTICE OF APPEARANCE**<br><br>**ELECTRONICALLY FILED** |

COUNSELOR:

      PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       May 15, 2008

                                      Yours etc.,

                                      McElroy, Deutsch, Mulvaney & Carpenter, LLP

*Attorneys for Defendant*
*Ambient Group, Inc.*


By: s/ John P. Cookson
 Richard S. Mills (RM-0206)
 John P. Cookson (JPC-9391)
 Wall Street Plaza
 88 Pine Street, 24th Floor
 New York, New York 10005
 (212) 483.9490


TO: Worby Groner Edelman & Napoli Bern, LLP
 115 Broadway, 12th Floor
 New York, New York 10006
 (212) 267.3700

 Gregory J. Cannata, Esq.
 Robert A. Grochow, Esq.
 233 Broadway, 5th Floor
 New York, New York 10279
 (212) 553.9206

 James E. Tyrrell, Jr., Esq.
 Patton Boggs LLP
 One Riverfront Plaza
 Newark, New Jersey 07102
 (973) 848.5600

 Thomas A. Egan, Esq.
 Fleming Zulack Williamson Zauderer, LLP
 One Liberty Plaza
 New York, New York 10006-1404
 (212) 412.9500

## CERTIFICATION OF SERVICE

I hereby certify that on the 15th day of May 2008, I electronically filed the foregoing NOTICE OF APPEARANCE BY DEFENDANT AMBIENT GROUP, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

                        McElroy, Deutsch, Mulvaney & Carpenter LLP

                        By:  _s/  John P. Cookson_____
                             Richard S. Mills (RM-0206)
                             John P. Cookson (JPC-9391)
                             *Attorneys for Defendant*
                             *Ambient Group, Inc.*
                             Wall Street Plaza
                             88 Pine Street, 24th Floor
                             New York, New York 10005
                             (212) 483-9490