UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER　　　　:　21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION　　:

----------------------------------------------------------------X

MIRIAN RODRIGUEZ,　　　　　　　　　　　:　08-CV-02702-AKH

　　　　　　　　　　Plaintiff,　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　:　**APPEARANCE**
　　- against -　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　**ELECTRONICALLY FILED**
100 CHURCH, LLC, *et al.*,　　　　　　　　　:

　　　　　　　　　　Defendants.　　　　　　:
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York　　　　　　　　DICKSTEIN SHAPIRO LLP
　　　　June 30, 2008

　　　　　　　　　　　　　　　By:　　/s/ Judith R. Cohen
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judith R. Cohen (JC-8614)
　　　　　　　　　　　　　　　　　　1177 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　Phone: (212) 277-6500
　　　　　　　　　　　　　　　　　　Fax: (212) 277-6501

　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　MERRILL LYNCH & CO., INC.

DOCSNY-314385