Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
STONER AND COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

MIRIAN RODRIGUEZ,                              Index No.:  08-CV-2702

                    Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER
                                         TO MASTER COMPLAINT**

  -against-

100 CHURCH, LLC, *et al.*,                     **ELECTRONICALLY FILED**

                    Defendant(s).
-------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, STONER AND COMPANY, INC., by its

attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in

the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the

above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007,

which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site*

*Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, STONER AND COMPANY, INC., demands judgment

dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 20, 2008

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
STONER AND COMPANY, INC.

By: _____
    Richard E. Leff (RL-2123)
    80 Broad Street, 23rd Floor
    New York, New York 10004
    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel

2